

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2022

No. 04-21-00424-CR

Joe Michael **ENRIQUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7464
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

The State's motion for extension of time to file its brief is GRANTED. The State's brief is due May 23, 2022. No further extensions will be granted absent extenuating circumstances.

_Liza A. Rodriguez, Justice_

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court